IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

TAISHA MARIE CARMONA,

     Appellant,

v.

STATE OF FLORIDA,

     Appellee.

_____/

Case No.  5D23-1021
LT Case No. 2019-CF-001808-A

Opinion filed June 16, 2023

Appeal from the Circuit Court
for Marion County,
Lisa D. Herndon, Judge.

Matthew J. Metz, Public Defender, and Louis A. Rossi, Assistant Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Kristen L. Davenport, Assistant Attorney General, Daytona Beach, for Appellee.

PER CURIAM.

In this *Anders*[1] case, Appellant appeals the judgment and sentence imposed after her violation of probation. We affirm in all respects without

---

[1] *Anders v. California*, 386 U.S. 738 (1967).

comment. However, we remand to the trial court for correction of a scrivener's error in the Amended Order Revoking Probation to properly reflect Appellant's violations of condition 5 and special condition 9 (not condition 9). *See Harrison v. State*, 313 So. 3d 926 (Fla. 5th DCA 2022) (remanding to correct scrivener's error in revocation order to correctly reflect condition violated).

AFFIRMED; REMANDED FOR CORRECTION OF SCRIVENER'S ERROR.

SOUD, KILBANE and MACIVER, JJ., concur.